In the Matter of the VILLAGE OF TUPPER LAKE, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

In the Matter of the VILLAGE OF WELLSVILLE, Respondent, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, et al., Appellants.

Submitted March 11, 1940; decided March 15, 1940.

*Harold H. McBride* for motions.

*Laurence J. Olmstead* and *Gay H. Brown* opposed.

Motions denied with leave to renew on argument of appeals.